**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**THOMAS S. RATCLIFFE, ILSB #6243708**
Assistant United States Attorney
Thomas.Ratcliffe@usdoj.gov
**KATE A. ROCHAT**
Kate.Rochat@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: 503-727-1000
　　　Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARISSA JEAN MINYONNE ROBINSON<br><br>Defendant. | 3:23-cr-00276-SI<br><br>GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR PRETRIAL RELEASE |

　　The government opposes Defendant's release because she poses a danger to the community that cannot reasonably be mitigated by any combination of release conditions at the Court's disposal. She is responsible for four unprovoked attacks on strangers in just a two-year period.

　　First, in August 2021, in downtown Portland, Defendant used two hands to shove a mother who was getting off a MAX train with her one-year-old child in a stroller. Defendant

**Government's Opposition to the Motion for Release**　　　　　　　　　　　　　　　Page 1
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Revised Aug. 2019

then kicked over the stroller containing the child. Defendant was apprehended near the scene and told an officer that the woman and child "were in the way, so they got decked."

Second, in August 2022, in a Walmart in Portland, Defendant snuck up behind a 76-year-old man who was sitting while waiting for medication from the store's pharmacy. Video shows Defendant strike the man in the back of his head multiple times, then put him in a choke hold. The victim said he tried to scream but could not. He began to lose consciousness. Defendant's attack stopped as suddenly as it began, and she fled the store. She was apprehended in the parking lot while jumping on a stranger's vehicle. Defendant told police that she punched the victim "for no reason."

Third, in October 2022, at the Beaverton Transit Center in Hillsboro, Defendant violently pushed from behind a 53-year-old man who was getting off a bus. The man fell to the ground hard, cutting his hands so badly on the pavement that blood remained on the concrete. A witness immediately asked Defendant why she had shoved the victim. She replied, "he was taking too long." Police at the scene also asked Defendant why she had shoved the victim. She said the victim had "cut her off."

Finally, in our case, on Saturday, June 17, 2023, Adult Victim 1 (AV1), a 62-year-old foreign diplomat stationed in Portland, Oregon, was walking alone near the corner of SW Park and Oak Avenues in Portland. Defendant was sitting on a planter near that intersection.

When AV1 was about 15 feet from the planter, Defendant sprang up, adjusted her clothes, took a few walking steps toward AV1, and then rushed at him, shoving him backward with two hands. AV1 fell back onto the pavement and curb, striking his head on the ground. He

landed in the street next to a parked car. Defendant stood menacingly over AV1 for a moment, as if to make sure he would not get up or fight back. Defendant then briefly returned to her seat on the planter before casually walking off. Defendant never said anything during the attack, which was captured on surveillance video.

A witness took a photo of Defendant and shared it with police. Another witness followed Defendant into a nearby building and alerted police. Defendant was arrested within minutes of the attack, wearing the same distinctive, yellow jacket shown in the surveillance video.

AV1 pulled himself onto the curb. Several strangers aided him, called the police, and stayed there until he was taken away on a stretcher. AV1 spent several hours at a hospital and received six stiches to a laceration on the back of his head. AV1 told investigators that he had never seen Defendant before the attack.

Defendant's psychiatric treatment in the Bureau of Prisons may have restored her to competency, but she remains mentally ill and a danger to the community.

The government respectfully asks the Court to deny Defendant's motion for release.

Dated: November 17, 2025.           Respectfully submitted,

                                    SCOTT E. BRADFORD
                                    United States Attorney


                                    **/s/ Thomas S. Ratcliffe**
                                    THOMAS S. RATCLIFFE, ILSB #6243708

                                    **/s/ Kate A. Rochat**
                                    KATE A. ROCHAT, ORSB #184324
                                    Assistant United States Attorneys