Peyton Lee, OSB # 164224
Assistant Federal Public Defender
E-mail: Peyton_Lee@fd.org
101 S.W. Main Street, Suite 1700
Portland, OR 97204
Tel. (503) 326-2123
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:23-cr-00276-SI |
| Plaintiff, | SENTENCING MEMORANDUM |
| v. | |
| ARISSA JEAN MINYONNE ROBINSON, | |
| Defendant. | |

    Defendant, Arissa Jean Minyonne Robinson, will appear before this Court on March 5, 2026, for sentencing upon her plea of guilty to one count of Harassing a Foreign Official, in violation of 18 U.S.C. § 112(b)(1). For reasons expressed in other sentencing materials Ms. Robinson respectfully requests this Court impose a term of three years of probation.

Dated: February 25, 2026.

                                                           */s/ Peyton Lee*
                                                           Peyton Lee, OSB # 164224